IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02515-RPM

GARY CABRAL,

      Plaintiff,

v.

SAVAGE ARMS, INC.,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **February 18, 2011, at 11:00 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on February 10, 2011.**

      The conference is conducted with lead counsel present in person.   No parties or

representatives of parties will be permitted to attend.

      Dated:   December 17th, 2010

                       BY THE COURT:

                       s/Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge