IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02515-RPM

GARY CABRAL,

    Plaintiff,

v.

SAVAGE ARMS, INC.,

    Defendant.

---

ORDER ON MOTION TO AMEND SCHEDULING ORDER

---

On July 22, 2011, the plaintiff filed a motion to amend the scheduling order to extend time for liability expert disclosures. The motion was filed in connection with discovery motions filed July 21, 2011, and July 26, 2011, to which the defendant has responded. Today, the plaintiff filed a motion for an expedited ruling on that motion to extend deadline because the scheduling order provides for production of expert disclosures by August 19, 2011. The decision as to whether a late designation will be permitted will depend upon the Court's ruling on the discovery motions and will be subject to the Court's discretion. Accordingly, it is

ORDERED that the motion for expedited ruling is denied.

Dated: August 17th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge