**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 25, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02515-RPM

GARY CABRAL,                                                Derek Alan Coulter
                                                            Victoria Swanson
     Plaintiff,

v.

SAVAGE ARMS, INC.,                                          Anthony M. Pisciotti
                                                            Timothy G. O'Neill
     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**1:50 p.m.      Court in session.**

Court's preliminary remarks.

Mr. Pisciotti answers questions asked by the Court regarding case facts (rifle design/specifications) and discovery.

Mr. Coulter answers questions asked by the Court.
Argument by Mr. Coulter.

Mr. Pisciotti answers further questions asked by the Court.
Argument by Mr. Pisciotti.

**ORDERED:**   **The appropriate officer of Savage Arms, Inc. shall supply a definitive statement of the record keeping practices regarding manuals and of incidences of failures (explosions) of rifles (30 caliber or more) manufactured for the period between 2001 to 2009.**

Further argument by Mr. Coulter.

Further argument by Mr. Pisciotti (heat treating).

October 25, 2011
10-cv-02515-RPM

**ORDERED:**     **The deposition of Mr. Earnest shall be taken (qualifications).**
                      **Mr. Pisciotti shall ascertain what the defendant determined about the firearm in the Tatman Utah case.**
                      **Mr. Coulter shall disclose expert reports used in the Tatman Utah case.**
                      **Mr. Pisciotti shall ascertain from the defendant and disclose heat treating documentation.**

**Court states all pending motions are denied in all further respects.**

**ORDERED:**     **Motion to Amend Scheduling Order and to File First Amended Complaint [15], is denied.**

                      **Plaintiff's Combined Motion for Order of Sanctions and for Appointment of a Special Discovery Master and Order Permitting Plaintiff to Complete Rule 30(b)(6) Depositions of Defendant [16], is denied.**

                      **Plaintiff's Motion for Leave to Amend the Scheduling Order to Extend Time for Filing Liability Expert Disclosures [21], is denied.**

                      **Plaintiff's Combined Motion to Compel Discovery and Motion for Sanctions and Motion to Compel Payment of Agreed Informal Discovery Costs [22], is denied.**

                      **Defendant's Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Combined Motion to Compel (22) and Motion for Leave to Amend the Scheduling Order to Extend Time for Filing Liability Expert Disclosures (21) [39], is denied.**

                      **Defendant's Motion to Compel and Motion for Costs [44], is denied.**

                      **Plaintiff's Second Motion to Compel Discovery [48], is denied.**

**3:15 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 1 hr. 25  min.