# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02515-RPM-KLM

**GARY CABRAL,**

    Plaintiff,

vs.

**SAVAGE ARMS, INC., a foreign profit corporation,**

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

Pursuant to Stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter shall be, and hereby is, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: April 27th , 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Hon. Richard P. Matsch
                        Senior District Judge